

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-19-00509-CR

Elizabeth Ann **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9024B
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before **May 26, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court